No. 78–319. Avis Rent A Car System, Inc., et al. v. City of Chicago; and

No. 78–320. Hertz Commercial Leasing Corp. v. City of Chicago. Sup. Ct. Ill. Certiorari denied. Reported below: 71 Ill. 2d 333, 375 N. E. 2d 1285.

No. 78–337. Shapiro v. Township of East Windsor et al. Sup. Ct. N. J. Certiorari denied.

No. 78–346. Oxley et al. v. Little Switzerland Brewing Co. et al. C. A. 4th Cir. Certiorari denied.

No. 78–348. Burnett v. Arkansas. Sup. Ct. Ark. Certiorari denied.

No. 78–355. Saudco Limited et al. v. Twentieth Century-Fox Film Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 78–358. Farrell Lines, Inc. v. Canizzo et al. C. A. 2d Cir. Certiorari denied.

No. 78–374. Still, Trustee in Bankruptcy, et al. v. Chattanooga Memorial Park. C. A. 6th Cir. Certiorari denied.

No. 78–375. Haddad v. Crosby Corp. et al. C. A. D. C. Cir. Certiorari denied.

No. 78–380. Tuzman v. Georgia. Ct. App. Ga. Certiorari denied.

No. 78–383. Fennell v. Butler et al. C. A. 8th Cir. Certiorari denied.